

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-11-00771-CR

Rene Daniel **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 2111
Honorable Mark R. Luitjen,[1] Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is MODIFIED to correct a clerical error and to reflect that appellant Rene Daniel Villarreal was convicted of murder pursuant to section 19.02(b)(2) of the Texas Penal Code. As modified, we AFFIRM the judgment of the trial court.

SIGNED March 25, 2015.

_____
Rebeca C. Martinez, Justice

---

[1] Sitting by assignment.